# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JAMES RYAN COOK**                                                                                 **PLAINTIFF**

**v.**                        **Case No. 4:16-cv-00693-KGB**

**GENE WHITLEY, individually**
**and in his official capacity as an officer**
**of the City of North Little Rock, Arkansas**                                       **DEFENDANT**

## ORDER

Before the Court is plaintiff James Ryan Cook's motion to dismiss without prejudice (Dkt. No. 20). Mr. Cook seeks to dismiss his claims pursuant to Federal Rule of Civil Procedure 41. Defendant Gene Whitley, individually and in his official capacity as an officer of the City of North Little Rock, Arkansas, has not responded to Mr. Cook's motion. For good cause shown, the Court grants the motion (Dkt. No. 20). Mr. Cook's claims are dismissed without prejudice with each party to bear his own costs and fees.

So ordered this 21st day of May, 2018.

_____
Kristine G. Baker
United States District Judge